

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-15-2002

# Aloe Energy Corp v. Comm Social Security

Precedential or Non-Precedential: Non-Precedential

Docket No. 99-3915

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Aloe Energy Corp v. Comm Social Security" (2002). *2002 Decisions*. Paper 391.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/391

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

NO. 99-3915
_____


ALOE ENERGY CORPORATION,
a Pennsylvania Corporation,

                                        Appellant

                    v.

JO ANNE BARNHART*, Commissioner of
        Social Security
*(Pursuant to Rule 43(c), F.R.A.P.)
_____


On Appeal from the United States District Court
  for the Western District of Pennsylvania
       (D.C. Civil No. 98-cv-01371)
  District Judge: Honorable Donald E. Ziegler
_____


Submitted Under Third Circuit LAR 34.1(a)
              May 26, 2000 and
On Remand from the United States Supreme Court
        by Order of February 25, 2002

Before: ALITO and RENDELL, Circuit Judges, and DUH1, Senior Circuit Judge*

              (Filed: July 12, 2002)
              _____


              OPINION OF THE COURT
              _____

_____

*The Honorable John M. Duh , Jr., United States Court of Appeals Judge for the Fifth
Circuit, sitting by designation.

RENDELL, Circuit Judge.

     Our judgment order affirming the order of the District Court was vacated by the
United States Supreme Court and remanded for further consideration in light of Barnhart
v. Sigmon Coal Co., 534 U.S. 438 (2002).  See Aloe Energy Corp. v. Barnhart, 122 S. Ct.
1170 (2002).  The Supreme Court's opinion in Barnhart rejects the basis for the District
Court's ruling, and ours as well.  We conclude that there is no alternative basis argued by
the Commissioner, including the "alter ego" theory, on which we would affirm.
Accordingly, we will reverse the District Court's order and remand to the District Court
with instructions to enter judgment in favor of Aloe.
_____ TO THE CLERK OF COURT:
     Please file the foregoing opinion.



                    /s/Marjorie O. Rendell
                    Circuit Judge